FILED
CLERK, U.S. DISTRICT COURT

10/14/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSHUA FRANK HENTON, ) <br> Defendant. ) <br> _____ ) | Case No.: 5:21-MJ-00637-DUTY <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a) (1)) |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Southern</u> District of <u>California</u> for alleged violation(s) of the terms and conditions of probation or supervised release; and

  Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

 (✓) information in the Pretrial Services Report and Recommendation

 (✓) information in the violation petition and report(s)

 (  ) the defendant's nonobjection to detention at this time

 (✓) other: new arrest, substance abuse, non-compliance while on supervision

and/or

B. (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

(✓) information in the Pretrial Services Report and Recommendation

(✓) information in the violation petition and report(s)

( ) the defendant's nonobjection to detention at this time

(✓) other: new arrest, substance abuse, criminal history, non-compliance while on supervision

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: October 14, 2021

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE